USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LARRY THOMAS BRODIE,                :           19 Civ. 6968 (PAE) (RWL)

                Plaintiff,    :

                             :

      - against -              :           **ORDER**

                             :

COMMISSIONER OF SOCIAL SECURITY,   :

                             :

              Defendant.    :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court is in receipt of the parties' proposed briefing schedule submitted on April 15, 2020.  While sympathetic to the parties' request for a longer extension, the Court is not in a position to grant that request given court administration deadlines and Plaintiff's failure to timely initiate briefing.  Accordingly, the briefing schedule for any motions in this matter shall be as follows:

       Plaintiff's brief to be filed by May 1, 2020;

       Defendant's brief to be filed by June 1, 2020; and

       Plaintiff's reply, if any, to be filed by June 15, 2020.

                                        SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated:  April 16, 2020
       New York, New York

Copies transmitted this date to all counsel of record