**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LARRY THOMAS BRODIE, JR.,

                Plaintiff,                19 **CIVIL** 6968 (PAE)(RWL)

     -against-                         **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 28, 2020, after careful review of the thorough and well-reasoned Report reveals that there is no facial error in its conclusions. The Report, which is incorporated by reference herein, is adopted without modification. Mr. Brodie's motion for judgment on the pleadings is denied and the Commissioner's cross-motion for judgment on the pleadings is granted. The parties' failure to file written objections precludes appellate review of this decision; accordingly, the case is closed.

**Dated:** New York, New York
         September 29, 2020

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                 **BY:**     *K. Mango*
                                                  **Deputy Clerk**